```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF GEORGIA
                 COLUMBUS DIVISION
```

JOSEPH D. KENNEDY,                  *

      Petitioner,              *

vs.                                 *
                                       CASE NO. 4:11-CV-53 (CDL)
Warden JOSE MORALES,                *

      Respondent.              *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 29, 2011 is hereby approved, adopted, and made the Order of the Court.

    The objection of the Plaintiff has been considered and is found to be without merit.

    IT IS SO ORDERED, this 23rd day of January, 2012.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE